**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **DEREK SAMUEL FOWLER,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:23-cv-920-ADA** |
| | § | |
| **EDWARD JARAMILLO #8408,** | § | |
| *Defendant.* | § | |

<u>**NOTICE OF SETTLEMENT AND REQUEST FOR STAY**</u>

TO THIS HONORABLE UNITED STATES DISTRICT COURT:

Defendant, Edward Jaramillo, by and through legal counsel, states that on March 4th, 2025, the parties reached a settlement agreement resolving all claims and controversies in this lawsuit. However, the parties require additional time to transact formal settlement paperwork. The undersigned legal counsel for Defendant expects for all matters to be concluded within 30 days (on or before April 7, 2025).

Accordingly, Defendant respectfully requests for the Court to stay all deadlines pending final resolution of this case.

**CERTIFICATE OF CONFERENCE**

Counsel for Defendant Jaramillo has conferred with the Plaintiff, Mr. Derek Fowler. Mr. Fowler is unopposed to the request.

**PRAYER FOR RELIEF**

For the above stated reasons, Defendant respectfully requests that the Court grant the relief sought and for all other relief to which this party is entitled in this matter.

RESPECTFULLY SUBMITTED this <u>7th</u> day of March, 2025.

DEBORAH THOMAS, INTERIM CITY ATTORNEY
SARA SCHAEFER, ACTING CHIEF, LITIGATION

_/s/  Monte L. Barton Jr._
MONTE L. BARTON JR.
Assistant City Attorney
State Bar No. 24115616
monte.barton@austintexas.gov
City of Austin Law Department
P. O. Box 1546
Austin, Texas  78767-1546
Telephone (512) 974-2409
Facsimile (512) 974-1311

**ATTORNEY FOR DEFENDANT**


**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing on all parties or their attorneys of record registered to receive electronic notifications through the CM/ECF system, in compliance with the Rules of Federal Procedure, this 7th day of March, 2025, and that copies have also been served via email as follows:

**Via Email:**
Derek Samuel Fowler
114 Colony Drive
Victoria, TX 77905
Derekfower712@gmail.com
Telephone: (512) 947-3979

**PLAINTIFF,** *pro se*

_/s/   Monte L. Barton Jr._
MONTE L. BARTON JR.