UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DEREK SAMUEL FOWLER**<br>*Plaintiff,* | § § § § § | |
| **VS.** | § § § | NO. 1:23-cv-00920-ADA |
| **EDWARD JARAMILLO #8408**<br>*Defendant.* | § § § § § | |

## ORDER

BEFORE the Court for consideration is the Parties' Stipulation of Dismissal.

IT IS HEREBY ORDERED that all claims asserted by Plaintiff Derek Samuel Fowler against Defendant Edward Jaramillo shall be and hereby are dismissed with prejudice to the re-filing of same.

All pending motions, if any, are DENIED-AS-MOOT. The clerk of the Court is DIRECTED to CLOSE this case.

IT IS FUTHER ORDERED that all costs of court are taxed against the parties incurring same. This is a final order disposing of all claims by all parties.

SIGNED on this 23rd day of September, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE